# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
8-3-17

| | |
|---|---|
| United States of America<br>v.<br>Stanley Gary Allan Norris<br>A # 029 441 045<br>_Defendant_ | )<br>)<br>) Case No. 17-8364MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Stanley Gary Allan Norris, an alien, was found in the United States of America at or near Anthem, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Miami, Florida, on or about June 1, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_Complainant's signature_
Nathan Hunter, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: August 3, 2017

_Judge's signature_

John Z. Boyle
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Nathan Hunter, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently serving in the Phoenix Office. I have learned from direct participation in the investigation, consultation with other agents and through the review of records, the facts recited herein. Your Affiant has set forth only the facts which your Affiant believes are necessary to establish a probable cause arrest warrant of suspect.

2. On May 25, 2017, HSI Phoenix received a lead from the HSI Visa Security Coordination Center regarding the suspected illegal reentry of Stanley Gary Allan Norris. According to the lead, Norris was a prior deport and aggravated felon from Canada who was residing in or near Phoenix, Arizona.

3. On July 11, 2017, SA Hunter completed a review of the Alien File (A-File) for Stanley Gary Allan Norris, AKA Stanley Gary Norris. According to Norris' A-File, there was a copy a Norris' Canadian Birth Certificate, which provided Norris' date of birth and birthplace of Winsor Province Ontario. Additionally, Norris married a United States Citizen (USC) in Detroit, Michigan, on September 8, 1989. On September 27, 1989, the USC filed DoJ INS Form I-130 (Petition for Alien Relative) for Norris, and on March 19, 1990, the application was approved, which provided Norris Conditional Permanent Resident status. According to Norris' A-File, a petition to remove Norris' conditional status never occurred. Therefore, Norris' Permanent

1

Residence Status was terminated on March 19, 1992.

4. On August 17, 1993, Norris was stopped at the Detroit International Bridge and questioned by a U.S. Immigration Inspector regarding Norris' application for admission to enter the United States. Norris acknowledged his full name was Stanley Gary Allan Norris, Country of Birth (COB) Canada, Country of Citizenship (CoC) Canada. Norris stated he separated from his USC spouse and his conditional status was never removed. Norris also acknowledged he lied and initially claimed United States citizenship in order to gain admission into the United States.

5. On November 3, 1993, a Notice of Hearing in Immigration Proceedings was issued to Norris, stating his case was scheduled to be heard by an Immigration Judge on March 1, 1994, at 10:00 A.M. According to Form 0026A, on March 1, 1994, an Immigration judge listed Norris as excludable under 212(a)(07)(A)(i)(I) (Immigrant without a Visa), 212(a)(6)(C)(i) (Fraud or Misrepresentation) and 212(a)(05)(A)(i) (No Labor Certification) of the Immigration Nationality Act (INA). The Immigration Judge specified that since Norris failed to appear, the exclusion hearing was held in absentia. The result of the hearing was the Immigration Judge ordered Norris excluded and deported from the United States.

6. On May 24, 2001, an INS Form I-871 (Notice of Intent/ Decision to Reinstate Prior Order) was completed on Norris. According to this form, Norris had a prior order of deportation/exclusion/removal completed on March 1, 1994, in Detroit, Michigan. According to Norris, he had departed the United States voluntarily on March 7, 1997, but he had illegally reentered the United States on or about February 28, 2001, at or

near Detroit, Michigan. Norris did not make a statement contesting this determination. On May 25, 2001, INS Form I-294 (Warning to Alien Ordered Removed or Deported) was completed on Norris. This form listed Norris as being prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of departure from the United States. According to DoJ INS Form I-205, on May 25, 2001, a Warrant of Removal/Deportation was completed on Norris.

7. On June 1, 2001, Norris was removed from the United States via American Airlines flight #1562. This flight took Norris from Miami to Windsor, Canada, and on June 1, 2001, Norris was listed as DACS-Excluded I2A1 (Convicted for 1 Crime Involving Moral Turpitude (CIMT).

8. On July 12, 2017, SA Hunter conducted a spot check of a residential address believed to be occupied by Norris, at 40833 N. Capra Way, Anthem, Arizona. At approximately 8:00 A.M., a silver Dodge Durango with Arizona Plate CAG0973 was observed parked in the driveway of the residence. According to a law enforcement database, Arizona Plate CAG0973 belonged to a 1999 Dodge Durango vehicle which was registered to Stan A. Norris, D05280516.

9. On July 20, 2017, SA Hunter conducted a review of Arizona Department of Transportation (ADOT) Motor Vehicle Division (MVD) information. The review revealed Norris obtained an Arizona Driver License (DL) at the Scottsdale North MVD in Arizona, on November 29, 2006. Additional ADOT MVD information revealed Norris obtained duplicate DLs through Service Arizona on February 23,

2011, and April 22, 2014. The April 22, 2014 DL listed Norris' address as 40833 N. Capra Way, Anthem, Arizona. The photograph on Norris' Arizona DL was compared with photographs of Norris contained in his A-File. The photographs appear to be a match and the DOBs were identical.

10. On August 3, 2017, HSI agents conducted surveillance of the residence associated with Norris, at 40833 N. Capra Way, Anthem, Arizona. At approximately 8:02 A.M., an individual matching Norris' description was identified departing the residence and walking down the driveway, by the edge of the sidewalk near the street. Agents identified themselves as law enforcement and handcuffed Norris. Norris was positively identified though his Arizona Driver's License and taken into custody.

11. For these reasons, this affiant submits that there was probable cause to believe that on or about August 3, 2017, Stanley Gary Allan Norris, an alien, was found in the United States of America at or near Anthem, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Miami, Florida, on or about June 1, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Nathan Hunter, Special Agent
Homeland Security Investigations


Sworn to and subscribed before me
this 3rd day of August, 2017.

_____
John Z. Boyle
United States Magistrate Judge